UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIMPSON STRONG-TIE COMPANY INC.,
a California Corporation,

Plaintiff,

v.

THE IPE CLIP FASTENER COMPANY, LLC,
a Florida Limited Liability Company,

Defendant.

Case No.:

## COMPLAINT
## INJUNCTIVE RELIEF SOUGHT AND DEMAND FOR JURY TRIAL

Plaintiff Simpson Strong-Tie Company Inc., by and through its undersigned attorneys, brings this Complaint for breach of a license agreement and, in the alternative, patent infringement against The Ipe Clip Fastener Company, LLC as follows:

## PARTIES

1.     Plaintiff Simpson Strong-Tie Company Inc. ("Simpson" or "Plaintiff") is a California corporation with its principal place of business at 5956 W. Las Positas Blvd., Pleasanton, California 94588.   Simpson is qualified to do business with the Florida Department of State, and in fact does business in the State of Florida.

2.     On information and belief, Defendant The Ipe Clip Fastener Company, LLC ("ICFC" or "Defendant") is a limited liability company duly organized under the laws of the State of Florida, with its principal place of business in Bradenton, Florida.

1

**JURISDICTION AND VENUE**

3.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1338(a), because this is an action for breach of a license agreement relating to patents and, in the alternative, an action for patent infringement under the patent laws of the United States, Title 35 of the United States Code.   Venue lies in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c).

4.     Defendant is organized under the laws of Florida, has its principal place of business in Florida, and has conducted and does conduct business within Florida, directly or through intermediaries or agents.   In particular, Defendant conducts business subject to the license agreement at issue in Florida and makes, sells, offers for sale, advertises, uses, and induces others to use the accused products in Florida.

5.     Venue is proper pursuant to 28 U.S.C. §§ 139l(b) and (c), because, among other reasons, Defendant is subject to personal jurisdiction in this judicial district, has conducted business subject to the license agreement at issue in this judicial district, and has committed acts of infringement in this judicial district.

**BACKGROUND ALLEGATIONS**

6.     Simpson is a global leader in the research, design, and development of structural building products. As a result of its research and development efforts, Simpson leads the industry in the design and marketing of structural connectors and fasteners. Among other products, Simpson markets and sells products used in the construction of wood and composite decks, including but not limited to a variety of deck fasteners.

7.    ICFC markets and sells a number of products used in the construction of wood and composite decks, including but not limited to deck fasteners.

### The License Agreement

8.    On or about June 11, 2002, ICFC's predecessor-in-interest, R&B Marketing Corporation ("R&B"), and Simpson's predecessor-in-interest, Blue Heron Enterprises, LLC ("BHE"), entered into a license agreement related to certain R&B deck fastener products.[1]

9.    The License Agreement grants R&B a non-exclusive right and license under the BHE Patent Assets to make, have made, use, and sell Licensed Product and to practice any methods or processes covered under any Valid Claim of BHE's Patent Asset. The License Agreement also requires required R&B to pay BHE a royalty.

10.    The License Agreement also defines the following terms:

- "Patent Asset" shall mean United States Patent No. 6,402,415 issued on June 11, 2002, entitled "Anchoring Biscuit Device" and any BHE improvement patents thereof.
- "Licensed Product" shall mean Products covered by a Valid Claim of the Patent.
- "Valid Claim" shall mean a claim in an unexpired BHE Patent, which has not been disclaimed, held invalid by a court of competent jurisdiction from which no appeal has been or can be taken, or held unpatentable through any reissue, reexamination and/or interference proceeding in the United States Patent and Trademark Office and any other similar process or opposition proceeding in any foreign Patent Office which is affirmed or sustained by any panel or court of competent jurisdiction from which no appeal has been or can be taken.

---

[1] The original license agreement, as well as an amendment thereto, were deemed confidential by the parties. Copies of these agreements (collectively, the "License Agreement") will be provided under seal as Exhibits A and B following the entry of a stipulated Protective Order and are incorporated by reference herein.

- "Net Sales" shall mean "the price of any Licensed Product sold per se or incorporated in the Products sold by R&B less deductions for other components contained in kits comprising the Licensed Product, returns, recalls, voluntary withdrawals, price reductions, shipping costs and sales and other taxes directly linked to sales."

**The Patents**

11.     BHE was the owner of a number of patents relating to deck fasteners. In particular, BHE was the owner of U.S. Pat. No. 6,402,415 (the "'415 Patent") for an "Anchoring Biscuit Device." The '415 Patent is the original patent identified in the License Agreement. Subsequent to the execution of the License Agreement, BHE applied for and ultimately received two additional patents, among others: U.S. Pat. No. 7,874,113 B2 (the "'113 Patent") and U.S. Pat. No. 8,161,702 B2 (the "'702 Patent") both for "Expansion-compensating Deck Fasteners." (The '113 Patent and the '702 Patent are collectively referred to as the "Patents." A true and correct copy of the '113 Patent and the '702 Patent are attached as Exhibits C and D, respectively.)

12.     The United States Patent and Trademark Office ("PTO") duly and legally issued the '113 Patent on January 25, 2011, after a full and fair examination. The '113 Patent is valid and enforceable.

13.     The PTO duly and legally issued the '702 Patent on April 24, 2012, after a full and fair examination. The '702 Patent is valid and enforceable.

14.     The Patents are improvement patents of the '415 Patent and were owned by BHE. They are thus Patent Assets subject to the License Agreement.

**The Accused Products**

15.     As described above, ICFC markets and sells a number of products used in the construction of wood and composite decks, including but not limited to a number of deck fasteners.  Among the deck fasteners marketed and sold by ICFC are (a) the original, round "Standard" (b) the "Extreme4," and (c) the "ExtremeKD."

16.     On information and belief, the only deck fastener that R&B marketed and sold when R&B and BHE entered into the License Agreement was the round Standard fastener.  On information and belief, R&B began marketing and selling the Extreme4 and ExtremeKD sometime after June 2000.

17.     Each of the Extreme4 and ExtremeKD is covered by at least one valid claim of the Patents and are thus "Licensed Products" subject to the License Agreement.

**ICFC's Breach of the License Agreement**

18.     On information and belief, R&B transferred all of its assets, including its rights and obligations under the License Agreement, to ICFC in and around October 2011.  Since October 2011, ICFC has been the party making the royalty payment under the License Agreement.

19.     ICFC – and R&B before it – has made only the mandatory minimum royalty payment at all times since the execution of the License Agreement.  At no time has ICFC or R&B ever paid more than the mandatory minimum.

20.     On information and belief, according to the reports that ICFC and R&B have provided pursuant to the License Agreement, ICFC has calculated its royalty obligation under the License Agreement based solely on the Standard fastener.  ICFC and

R&B have never included the Extreme4 and ExtremeKD fasteners in their royalty calculation, as required by the License Agreement.

21.    On information and belief, ICFC's Net Sales of the Accused Products are substantial and would in all likelihood have caused ICFC to pay a royalty beyond the mandatory minimum in each year of the License Agreement.

22.    In and around December 2015, Simpson acquired all of BHE's assets, including all right, title, and interest in all of BHE's patents, including the Patents, and BHE's rights and obligations under the License Agreement.  Simpson possesses all rights of recovery under the Patents, including the exclusive right to recover for infringement.

23.    On or about May 3, 2016, Simpson sent ICFC written notice of (a) the assignment of the License Agreement to Simpson and (b) ICFC's failure to include the Accused Products in its calculation of the royalty payment under the License Agreement. ICFC has refused to acknowledge that the Accused Products are subject to the License Agreement and has refused to include either the Extreme4 and ExtremeKD in its calculation of the royalty payment.

## FIRST CAUSE OF ACTION

### (Breach of Written Agreement)

24.    Simpson refers to and incorporates by reference Paragraphs 1 through 23 above as if fully set forth herein.

25.    As set forth above, Simpson and ICFC are successors-in-interest to the License Agreement, which is a valid and enforceable contract.

26.     Simpson has performed all conditions, covenants, and obligations under the License Agreement, other than those that have been excused.

27.     ICFC has materially breached the License Agreement by failing to include the Accused Products in its calculation of the royalty payment as required by the License Agreement.  ICFC's actions constitute breach of the License Agreement.

28.     As a direct and proximate result of ICFC's breach of the License Agreement Simpson has suffered damages in an amount according to proof.

WHEREFORE, Simpson respectfully requests that this Court enter judgment granting the following relief.

## SECOND CAUSE OF ACTION

### (Patent Infringement)

29.     Simpson refers to and incorporates by reference Paragraphs 1 through 23 above as if fully set forth herein.

30.     In addition or in the alternative to Simpson's breach of contract claim, Simpson asserts that ICFC has infringed and is currently infringing the Patents in violation of 35 U.S.C. § 271 by making, using, selling, and/or offering for sale, within the United States, Florida, and this judicial district, products embodying the inventions claimed in the Patents, including without limitation the Accused Products identified above.

31.     ICFC has infringed and is currently infringing the Patents by actively inducing others to make, use, sell, and/or offer for sale, within the United States, Florida, and this judicial district, products embodying the inventions claimed in the Patents, including without limitation the Accused Products identified above.

32.    ICFC has infringed and is currently infringing the Patents by contributing to the infringement by others, including without limitation by providing the Accused Products identified above.

33.    Each of ICFC's Accused Products infringe one or more claims of each Patent. For instance, ICFC infringes at least Claim 1 of the '113 Patent, which claims:

A decking system, comprising: two decking boards, each having a top, a bottom, two sides each having a pre-cut biscuit slot, and two ends; a support board; and an anchoring biscuit device for joinder of said decking boards and said support board with a fastener, and wherein:

     (a)    said anchoring biscuit device comprises:

          (i)    an at least partially flax horizontal top element having a center line, opposite side walls, and opposite ends, and a top view footprint shape having a side portion on each side of said center line, said side portions being adapted to be received in said biscuit slots;

          (ii)    a plurality of substantially vertical support members attached to the underside of said top element along said center line of said top element and extending downwardly therefrom for a predetermined length to maintain said top element in a predetermined position during use for joinder of said two adjacent boards and said support board; and

          (iii)    at least one compressive element located on said device, with at least a portion of said compressive element, from a top view footprint, being located away from said center line and away from said vertical support members, and said at least one compressive element being adapted to at least partially collapse under a predetermined compressive force; and

     (b)    said two decking boards are situated adjacent to each other and atop said support board;

     (c)    said side portions of said anchoring biscuit device are inserted in said biscuit slots of said adjacent decking boards; and

(d)    said anchoring biscuit device is attached by said fastener driven through it to engage said support board, thereby securing and anchoring said adjacent boards and said support board to one another.

34.    ICFC infringes at least Claim 1 of the '702 Patent, which claims:

An anchoring device comprising:

a horizontally-extending top element having a center line and side portions extending from the center line in opposite lateral directions transverse to the center line;

a support member extending downwardly from the top element adjacent the center line, the side portions of the top element projecting in the lateral directions beyond the support member; and

one or more at least partially collapsible compression members projecting from the top element, the compression members defining engagement surfaces remote from the center line, the engagement surfaces being constructed and arranged to confront vertically-extensive surfaces of slotted boards engaged with the top element so that the top element extends into slots in the boards;

the anchoring device having an opening adapted to receive a fastener so that the fastener extends downwardly toward a joist.

35.    ICFC directly competes with Simpson in the marketplace.

36.    On information and belief, ICFC has had actual knowledge of the Patents, prior to manufacturing, marketing, offering for sale, and selling products that infringe on the Patents.

37.    ICFC's infringement of the Patents has been and continues to be willful and deliberate.

38.    Simpson has no adequate remedy at law against ICFC's acts of infringement and ICFC's infringement will continue unless enjoined by this Court.

39.    Simpson has suffered, and will continue to suffer, irreparable injury as a result of ICFC's infringement.

40.    Simpson has been damaged by ICFC's infringement, and will continue to be damaged until enjoined by this Court.

WHEREFORE, Simpson respectfully requests that this Court enter judgment granting the following relief.

## **PRAYER FOR RELIEF**

WHEREFORE, Simpson prays for the following relief:

1.    That ICFC be adjudged to have materially breached the License Agreement and holding ICFC liable for breach of contract;

2.    That ICFC be directed to provide an accounting and to pay to Simpson compensatory damages in an amount according to proof;

3.    In addition or in the alternative to the breach of contract claim, that ICFC be adjudged to have infringed the Patents, directly and indirectly, literally and/or under the doctrine of equivalents;

4.    In addition or in the alternative to the breach of contract claim, that ICFC, its officers, directors, agents, servants, employees, attorneys, affiliates, divisions, branches, parents, and those persons in active concert or participation with any of them, be preliminarily and permanently restrained and enjoined from directly and/or indirectly infringing the Patents;

5.    In addition or in the alternative to the breach of contract claim, an award of damages pursuant to 35 U.S.C. § 284 sufficient to compensate Simpson for ICFC's past

infringement and any continuing or future infringement up until the date ICFC is finally and permanently enjoined from further infringement;

6.    Adjudging that the Patents are valid and enforceable;

7.    An assessment of pre-judgment and post-judgment interest and costs against ICFC, together with an award of such interest and costs;

8.    That ICFC be directed to pay enhanced damages, including Simpson's attorneys' fees incurred in connection with this lawsuit pursuant to 35 U.S.C. § 285; and

9.    That Simpson be granted such other and further relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Simpson demands a jury trial on all claims and issues so triable.

Dated: November 30, 2016                    Respectfully submitted,

Michael J. Colitz, III
**TRIAL COUNSEL**
Florida Bar No. 164348
Cole Y. Carlson
Florida Bar No.  112863
GRAYROBINSON, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 273-5000
Facsimile: (813) 273-5145
Email: michael.colitz@gray-robinson.com
Email: cole.carlson@gray-robinson.com

*LOCAL COUNSEL*

and

JOSEPH V. MAUCH (California Bar #253693)
ARTHUR J. SHARTSIS (California Bar #51549)
ERICK C. HOWARD (California Bar #214107)
Shartsis Friese LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:    (415) 421-6500
Facsimile:     (415) 421-2922
Email: ashartsis@sflaw.com
Email: ehoward@sflaw.com
Email: jmauch@sflaw.com

*TO BE ADMITTED PRO HAC VICE*

Attorneys for Plaintiff SIMPSON STRONG-TIE
COMPANY INC.

# 9983573 v2

# EXHIBIT A

**(TO BE FILED UNDER SEAL)**

# EXHIBIT B

**(TO BE FILED UNDER SEAL)**

# EXHIBIT C



US007874113B2

(12) **United States Patent**
     Eberle, III

(10) **Patent No.:    US 7,874,113 B2**
(45) **Date of Patent:    Jan. 25, 2011**

(54) **EXPANSION-COMPENSATING DECK FASTENER**

(76) Inventor: **Harry W. Eberle, III**, 219 W. Valley Brook Rd., Califon, NJ (US) 07830

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/583,702**

(22) Filed: **Aug. 24, 2009**

(65) **Prior Publication Data**

US 2010/0139198 A1    Jun. 10, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 10/446,514, filed on May 28, 2003, now Pat. No. 7,578,105, which is a continuation-in-part of application No. 10/393,100, filed on Mar. 20, 2003, now Pat. No. 6,851,884.

(51) **Int. Cl.**
     *E04F 15/22*    (2006.01)
     *E04B 2/00*    (2006.01)
     *F16B 9/00*    (2006.01)
(52) **U.S. Cl.** ..................... **52/403.1**; 52/586.1; 52/586.2; 52/483.1; 52/480; 52/650.3
(58) **Field of Classification Search** ................ 52/586.1, 52/586.2, 483.1, 480, 650.3, 403.1; 403/231, 403/232.1, 408.1
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 186,463 A | 1/1877 | Dickenson | 52/512 |
| 466,995 A | 1/1892 | Abramson | 52/385 |
| 695,722 A | 3/1902 | Heilmann | |
| 1,184,080 A | 4/1916 | D'Arcy | 403/231 |
| 1,241,885 A | 2/1917 | Roede | 52/714 |
| 1,714,738 A | 5/1929 | Smith | 52/512 |

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 2287104 | 1/1901 |
|---|---|---|

(Continued)

OTHER PUBLICATIONS

Invoice for the sale of certain Eb-Ty Fasteners dated Aug. 26, 1997.

(Continued)

*Primary Examiner*—Richard E Chilcot, Jr.
*Assistant Examiner*—Mark R Wendell
(74) *Attorney, Agent, or Firm*—Lerner, David, Littenberg, Krumholz & Mentlik, LLP

(57)    **ABSTRACT**

The present invention is an anchoring biscuit device for joining three boards. It includes, (a) an at least partially flat horizontal top element having an imaginary center line, having opposite side walls, and having a top view footprint adapted to be inserted into grooves of adjacent boards; (b) at least one substantially vertical support member attached to the underside of the top element and extending downwardly therefrom for a predetermined length for joinder of two adjacent boards which contain said grooves for receiving portions of said top into said grooves; and, (c) at least one compressive element located on aid device, with at least a portion of said at least one compressive element, from a top view footprint, being located away from said imaginary center line and way from said vertical support member, wherein said compressive element is adapted to at least partially collapse under predetermined compressive force.

**41 Claims, 6 Drawing Sheets**



## US 7,874,113 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,723,306 | A | * | 8/1929 | Sipe ........................ 52/396.04 |
| 1,990,001 | A | | 2/1935 | Rutten ......................... 52/250 |
| 2,201,129 | A | | 5/1940 | Weiland ...................... 52/509 |
| 2,332,081 | A | | 10/1943 | Hunt et al. .................. 52/586.1 |
| 2,337,156 | A | | 12/1943 | Elmendorf ................... 52/391 |
| 2,362,252 | A | * | 11/1944 | Ellinwood .................. 52/288.1 |
| 2,398,603 | A | | 4/1946 | Soderberg ................. 411/457 |
| 2,406,387 | A | | 8/1946 | Lank ......................... 144/347 |
| 2,526,116 | A | | 10/1950 | Browne .................... 105/423 |
| 3,045,294 | A | | 7/1962 | Livezey, Jr. ............... 52/403.1 |
| 3,319,983 | A | | 5/1967 | Zibell ...................... 403/400 |
| 3,619,963 | A | | 11/1971 | Omholt .................... 52/481.1 |
| 3,705,002 | A | | 12/1972 | Varlonga ................. 512/213 |
| 3,890,753 | A | | 6/1975 | Johansen .................. 52/766 |
| 4,154,172 | A | | 5/1979 | Curtis, Jr. ................ 105/422 |
| 4,449,346 | A | | 5/1984 | Tremblay .................. 52/509 |
| 4,454,699 | A | * | 6/1984 | Strobl ..................... 52/585.1 |
| 4,599,841 | A | * | 7/1986 | Haid .................... 52/396.04 |
| 4,641,988 | A | | 2/1987 | Ganner ................... 403/245 |
| 4,682,458 | A | | 7/1987 | Sparrow ................. 52/309.8 |
| 4,716,704 | A | | 1/1988 | Murr ....................... 52/778 |
| 5,004,027 | A | | 4/1991 | Legler et al. ......... 144/136.9 |
| 5,056,286 | A | | 10/1991 | Bokor ..................... 52/483.1 |
| 5,071,280 | A | | 12/1991 | Turner .................. 403/232.1 |
| 5,160,211 | A | | 11/1992 | Gilb ........................ 403/231 |
| D331,470 | S | | 12/1992 | Mitchell et al. .......... D25/156 |
| 5,182,891 | A | | 2/1993 | Slocum ..................... 52/480 |
| 5,243,804 | A | | 9/1993 | Therrien et al. ........... 52/664 |
| 5,245,808 | A | | 9/1993 | Grunewald et al. ......... 52/235 |
| 5,251,996 | A | | 10/1993 | Hiller et al. ............. 403/331 |
| 5,359,954 | A | * | 11/1994 | Kordelin .................. 114/85 |
| 5,377,732 | A | | 1/1995 | Fujii et al. ................. 144/37 |
| 5,419,649 | A | | 5/1995 | Gilb ........................ 403/231 |
| 5,458,433 | A | | 10/1995 | Stastny .................. 403/408.1 |
| 5,480,117 | A | | 1/1996 | Fleming, III ........... 248/231.9 |
| 5,529,428 | A | | 6/1996 | Bischof ................. 403/408.1 |
| 5,564,248 | A | | 10/1996 | Callies ..................... 52/702 |
| 5,603,580 | A | | 2/1997 | Leek et al. ............. 403/232.1 |
| 5,619,834 | A | | 4/1997 | Chen ........................ 52/509 |
| 5,660,016 | A | * | 8/1997 | Erwin et al. ............. 52/483.1 |
| 5,704,181 | A | | 1/1998 | Fisher et al. .............. 52/438 |
| 5,743,672 | A | | 4/1998 | Cline |
| 6,012,256 | A | | 1/2000 | Aschheim ................ 52/167.1 |
| 6,032,431 | A | * | 3/2000 | Sugiyama .............. 52/656.9 |
| 6,363,677 | B1 | * | 4/2002 | Chen et al. ............... 52/586.1 |
| 6,402,415 | B1 | * | 6/2002 | Eberle, III ............... 403/231 |
| 6,442,908 | B1 | | 9/2002 | Naccarato et al. ....... 52/236.8 |
| 6,449,918 | B1 | | 9/2002 | Nelson ................... 52/582.1 |
| 6,460,306 | B1 | | 10/2002 | Nelson ................... 52/582.1 |
| 6,470,641 | B1 | | 10/2002 | Faure |
| 6,471,434 | B2 | | 10/2002 | Chin et al. |
| D470,039 | S | | 2/2003 | Pelc ......................... D8/382 |
| 6,651,400 | B1 | * | 11/2003 | Murphy .................. 52/586.2 |
| 6,711,864 | B2 | * | 3/2004 | Erwin ..................... 52/582.1 |
| D488,373 | S | | 4/2004 | Eberle, III ............... D8/382 |
| 6,871,467 | B2 | * | 3/2005 | Hafner .................... 52/586.1 |
| 7,052,200 | B2 | | 5/2006 | Harris .................... 403/231 |
| 2002/0059766 | A1 | * | 5/2002 | Gregori ................. 52/489.1 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CH | 278212 | | 10/1951 |
| DE | 372483 | | 3/1923 |
| DE | 4036338 | | 6/1991 |
| EP | 863317 | | 9/1998 |
| FR | 1217468 | | 5/1960 |
| FR | 1556252 | | 2/1969 |
| FR | 2647837 | | 12/1990 |
| GB | 1350754 | | 4/1974 |
| GB | 1567008 | A | 5/1980 |
| GB | 2124672 | A | 2/1984 |
| JP | 404371657 | A | 12/1992 |

### OTHER PUBLICATIONS

Engineering Drawing depicting an Eb-Ty Fastener dated Jun. 15, 1997.

*Harry W. Eberle, III et al.* v. *KK manufacturing Co., et al.*, Civil Action No. 03-5809 (FLW-TJB), Invalidity Contentions related to U.S. Patent No. 6,402,415 and U.S. Patent No. 6,851,884, Received Aug. 25, 2010.

* cited by examiner





**Fig. 5**

**Fig. 6**



**Fig. 4B**





**Fig. 12**

**Fig. 13**

**Fig. 10**

**Fig. 11**



Fig. 16



Fig. 17



Fig. 14



Fig. 15



Fig. 21

Fig. 20

Fig. 18

Fig. 19

US 7,874,113 B2

1

**EXPANSION-COMPENSATING DECK FASTENER**

CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 10/446,514, filed May 28, 2003, now U.S. Pat. No. 7,578,105, which, in turn, is a continuation-in-part of U.S. patent application Ser. No. 10/393,100, filed on Mar. 20, 2003, now U.S. Pat. No. 6,851,884. Each of these applications is hereby incorporated herein in its entirety by reference thereto.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is directed to an improved biscuit for joining adjacent boards. More specifically, the invention is an anchoring biscuit device that has the ability for pre-setting distances between adjacent boards and attaching to at least one board by means in addition to the biscuit itself. The anchoring biscuit device physically joins two adjacent boards in the same plane to a third, supporting board. The anchoring half-biscuit joins two adjacent boards at right angles to one another. Further, the present invention anchoring biscuit includes compressive elements to accommodate swelling and expansion of boards after installation.

U.S. Pat. No. 6,402,415, issued to the present inventor herein covers such biscuit devices having opposite side walls in the shape of arcs. These would include side walls with arcs and flat ends, side walls with arcs and arc ends, e.g. circles, ellipses, etc. The present invention covers biscuit-shaped devices with side walls that may have the same top view footprint as the Eberle U.S. Pat. No. 6,402,415 devices and covers anchoring devices that may not have opposite arcs, and may or may not have biscuit shapes. However, all of the present invention devices do include at least one compressive element, namely, a portion of the device that will collapse or move under compression (from opposing expansion or swelling of wood).

2. Information Disclosure Statement

The following patents are representative of the state of the art for wood joining devices, equipment and methods:

U.S. Pat. No. 1,184,080 to D'Arcy describes a structure of the class described, the combination of frame pieces disposed at an angle to each other and plate-like corner irons having angularly disposed flanges, said corner irons being arranged in opposed pairs on the sides of and secured to the ends of meeting frame pieces with their flanges engaging the inner edges thereof in overlapping telescoping relation to each other, the inner flanges having vertical nail slots therein and brads on their edges driven into the frame pieces, the outer flanges having nail perforations opposite the nail slots, there being nails disposed through the said perforations and slots and driven into the frame.

U.S. Pat. No. 2,332,081 to G. M. Hunt et al. is directed to a wooden panel. It is described as a panel comprising wooden strips joined along their edges with glue, each strip having at least one groove in its edge matching groove in the edge of the adjoining strip, an asbestos millboard spline fitted in the matching grooves and bridging the joint between the strips, crossboards covering the strips on both sides of the panel, and veneers covering the crossboards.

U.S. Pat. No. 2,362,252 to Ellinwood describes a wall structure of the character described comprising a pair of adjacent wallboard panels having meeting edges, each of said

2

panels being formed with a groove opening into its meeting edge, the groove in each panel providing an outer lip and an inner lip, said outer lips being in abutting relation, a joining strip permanently secured to the under surface of said outer lips, said inner lips being spaced, a T-shaped connecting member movably positioned in said groove and having a base in spaced relation to said inner lips, and means for anchoring said connecting member to a structural element.

U.S. Pat. No. 2,398,603 to Soderberg describes a joining staple, comprising a metal body having at least two portions extending at right angles to each other and at least two teeth carried upon each of said portions, each of said teeth consisting of a flat substantially rectangular body having a cutting edge extending substantially parallel to its body portion, the cutting edges of all of said teeth being located in one plane, each of said portions having another cutting edge extending between the teeth of that portion, the second mentioned cutting edges being also located in one plane.

U.S. Pat. No. 2,406,387 to Lank describes the method of constructing a plurality of wooden posts each of which has a connector element incorporated therein adjacent each end thereof which method comprises forming a plurality of longitudinally extending grooves in one side of each of a pair of wooden blanks from which the posts are to be formed, forming a transverse groove adjacent each end of said side of each of said blanks with the transverse grooves intersecting the longitudinal grooves, providing a pair of connector retaining members with a plurality of seats for receiving connector elements, the number and spacing of said seats in each of said connector retaining members conforming to the number and spacing of the longitudinal grooves in each of said blanks, placing connector elements in each of said seats, positioning said blanks with their grooved sides together and with said connector retaining members in said transverse grooves, bonding said blanks together, and severing the thus bonded assembly along longitudinal lines intermediate said longitudinal grooves.

U.S. Pat. No. 4,641,988 to Ganner is directed to a fitting for releasably joining two structural components. It is illustrated for releasably joining two structural components particularly plate-shaped structural components which extend at a right angle relative to one another, a fitting has a preferably cylindrical locking element which can be inserted either directly in a bore in the first structural component or it can be inserted indirectly in a housing, and a holding piece with a holding projection anchored in the second structural component. In the assembled position, the holding projection & abuts against one or two gripping surfaces of the locking element which gripping surfaces are of, for example, eccentric shape, and the holding projection is pulled toward the locking element when the locking element is turned. The holding piece is constructed plate-shaped and is insertable in a slot in the second structural component.

U.S. Pat. No. 4,682,458 to Sparrow describes a floor composed of parallel spaced beams having flanges and blocks of polystyrene foam which are laid on the flanges to bridge the gaps between the beams. Boards are laid on the polystyrene blocks, and are supported by the blocks, which form load-bearing members of the floor. The blocks may have flanged portions extending over the beams, so as to provide heat insulation.

U.S. Pat. No. 5,004,027 to Legler et al. illustrates a biscuit joiner. It is described as a biscuit joiner for cutting semi-elliptical slots in opposing edges of workpieces which are to be joined along those edges includes a housing adapted to be mounted upon the quill of a multipurpose woodworking tool, which housing encloses a rotary saw blade adapted to be

US 7,874,113 B2

3

attached to a spindle projecting from the quill on which the housing is mounted. A spring loaded guide projects from the front face of the housing and has a slot therethrough, so that when the front face of the guide is engaged by an edge of a workpiece to be slotted the guide can be pushed inwardly against spring pressure, allowing the rotary saw blade to be exposed and form a slot in the edge of the workpiece. Adjustable stops are provided on the guide so that a desired depth of cut will automatically be made after adjustment. An alternative construction of this biscuit joiner is especially adapted for use in conjunction with a conventional drill press, with the arbor which carries the saw blade being clamped in the chuck on the drive spindle of the drill motor.

U.S. Pat. No. 5,182,891 to Slocum describes a flooring construction which is provided having a unitary construction with a top layer providing a finished flooring surface and an insulation layer adjacent the top layer. The flooring panel includes an upper portion and a lower portion. The upper portion has a larger dimension than the lower portion and extends outwardly beyond the lower portion. A recessed portion between the upper portion and the lower portion defines a channel. A plurality of interlock support elements having a vertical web and an upper horizontal flange are arranged so that the horizontal flange extends into the channel. The vertical web extends below the lower portion to raise the flooring.

U.S. Pat. No. 5,251,996 to Hiller et al. describes a connecting element for connecting two parts generally in a connection plane has a first portion for connecting the element relative to a first of the parts and second portion for connecting the element relative to the second part. The second portion includes actuation members which on relative movement of the parts substantially along the connection plane urge the parts forcefully towards each other.

U.S. Pat. No. 5,377,732 to Fujii et al. illustrates a wood joining structure and method thereof. It is described as a technique is provided for joining wood members. A plurality of slits are formed on the end portions of wood pieces desired to be joined, and the end portions are abutted with corresponding slits in alignment to form a common surface. Each of the abutted wood end portions is fixed by temporary fixing means to a desired joining state. Thereafter, an adhesive agent is applied into the interior surfaces of the slits. Connecting plates, e.g., made of a reinforced plastic material coated with the adhesive agent, are inserted into the aligned slits. The adhesive agent is then hardened.

U.S. Pat. No. 5,458,433 to Stastny explicates a biscuit and joint made using same. It is described as a biscuit having octagonal outer periphery is used to form a joint between first and second workpieces. The biscuit fits within arcuate slots formed in the workpieces, with glue placed in the slots and/or on the biscuit before the joint is put together. The biscuit is made of an anhydrous compressed wood.

U.S. Pat. No. 5,480,117 to Fleming, III describes a bracket for mounting a rotary lock member in the frame of a panel which is provided. The bracket is a preferably U-shaped body having a base and two legs extending therefrom. The inner dimension of the bracket is chosen to allow insertion of a rotary lock member therein. Panel engaging steps and protrusions are located on the outside surface of each leg for engaging the frame material. The legs of the bracket are biased inwardly towards one another, such that when a locking member is inserted therein, the legs are pressed outwardly, driving the protrusions into the frame material. A number of bores are located in the bracket to allow supplemental locking members to lock the bracket to the frame.

4

U.S. Pat. No. 5,529,428 to Bischof is directed to a metallic structural element for connecting workpieces consisting of wood, woodworking material or plastic. It is described as a metallic structural element for connecting workpieces consisting of wood, woodworking material or plastic, consisting of a lamellar part, which provides the non-positive connection with the first workpiece provided with a groove and a transverse hole, and a bolt-like part which, through screwing or pinning, realizes the non-positive connection with the second workpiece provided with a longitudinal hole. The lamellar part has, in the center, a hole which is at right angles to the plane of the lamella and is intended for fixing in the groove of the workpiece. Variants having a wing-like long or rectangular short lamellar part and a bolt-like part in the form of a conical wood screw, cylindrical screw, screw having a metal thread, threaded sleeve or pin. Accessories: screwing tool and drilling template.

U.S. Pat. No. 5,660,016 to Erwin et al. describes an extruded plastic decking plank for mounting to an underlying support structure, the plank having a rigid foam core, a resilient outer plastic shell, and a clamping portion for securing the plank to the support structure. The top surface of the plank can be provided with a non-slip surface. The invention also includes an attachment system for securing such decking planks to a support structure by engaging the clamping portions of the decking planks onto clamps or hold down blocks which are secured onto the support structure, and which permit relative motion between the planks and the structure in the planks' lengthwise direction to prevent stress and buckling caused by uneven expansion.

U.S. Pat. No. 6,402,415, to Eberle, the same inventor herein, describes an anchoring biscuit device for joining three boards. It includes, (a) a first substantially flat top element having a generally biscuit-shaped configuration, (b) at least one substantially vertical support member attached to the underside of the top element and extending downwardly therefrom for a predetermined length for joinder of two adjacent boards which have been pre-cut with biscuit receiving slots, and (c) an attachment orifice located at least on the top element for attachment of the anchoring biscuit device to a support board for anchoring and support of the two adjacent boards. In one preferred embodiment, a top bevel is included at the orifice to permit angled screwing at positions other than vertical positions. In other embodiments, the screw orifice will have an oval or elongated shape to likewise enable screwing at angles other than vertical. In yet another preferred embodiment, the orifice will both be beveled and elongated.

U.S. Design Pat. No. 470,039 to Robert Pelc shows two anchoring biscuit devices of the U.S. Pat. No. 6,402,415 Eberle type, one having a circular footprint and the other having an elliptical footprint.

Notwithstanding the prior art, the present invention is neither taught nor rendered obvious thereby.

## SUMMARY OF THE INVENTION

The present invention is an anchoring biscuit device for joining three boards. It includes, (a) an at least partially flat horizontal top element having opposite side walls, and, from a top view, having a footprint adapted to be inserted into grooves, (b) at least one substantially vertical support member attached to the underside of the top element and extending downwardly therefrom for joinder of two adjacent boards which contain grooves for receiving portions of said top into said grooves, and, (c) at least one compressive element located on said device with at least a portion located away from said imaginary centerline, said

US 7,874,113 B2

5

compressive element being adapted to at least partially collapse upon compressive force. In some embodiments, there is also an attachment orifice located at least on the top element for attachment of the anchoring biscuit-device to a support board for anchoring and support of the two adjacent boards. In one preferred embodiment, a top bevel is included at the orifice to permit angled screwing at positions other than vertical positions. In other embodiments, the screw orifice will have an oval or elongated shape to likewise enable screwing at angles other than vertical. In yet another preferred embodiment, the orifice will both be beveled and elongated. In other embodiments, there is no preformed orifice, and the device may be attached by a screw or other fastener being driven through the device, or attached by adhesive or other means, or combinations thereof.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention should be more fully understood when the specification herein is taken in conjunction with the drawings appended hereto wherein:

FIG. 1 illustrates a top view of one preferred embodiment of the present invention anchoring device,

FIG. 2 illustrates a side view, and

FIG. 3 illustrates an end view thereof;

FIG. 4A shows an end view of the present invention device shown in FIGS. 1 through 3 but being attached to a joist and a first deck board and about to be attached to a second deck board where both deck boards are supported by that joist;

FIG. 4B shows an end view of the same present invention device as above, but fully installed and after the adjacent beams have swollen and collapsed the compressive elements;

FIGS. 5 and 6 show a side view and a bottom view, respectively, of an alternative embodiment present invention anchoring biscuit device;

FIGS. 7 and 8 show top and side views of another alternative present invention anchoring biscuit device;

FIGS. 9A and 9B show top views of the FIG. 7 and FIG. 8 present invention device, installed with beams, before and after beam expansion;

FIGS. 10 and 11 illustrate top and side views of another present invention device;

FIG. 12 and FIG. 13 show top views of two different embodiment present invention anchoring biscuit devices having compressive elements located below the substantially flat top element;

FIGS. 14 and 15 show additional alternative embodiment present invention anchoring devices, in their side views; and,

FIGS. 16 and 17 show more present invention alternatives in their side views; and,

FIGS. 18, 19, 20, and 21 show top, side, end and embossed top views of another preferred embodiment present invention anchoring device.

## DETAILED DESCRIPTION OF THE PRESENT INVENTION

In FIG. 1, there is shown a top view of present invention anchor biscuit device 1. Device 1 includes a top element 3 having a flat top surface as shown, and a top view shape of a biscuit. It also includes a first wall with segments 5, 7, 9 and 10, with wall segments 5 and 7 in the shape of arcs having predetermined radii and predetermined arc lengths, and wall segments 7 and 9 having flat edges (straight surfaces). There is a second, opposite wall having segments 33, 35 and 37, with 33 and 37 being arcs, and 35 being a straight flat surface.

6

They are not parallel to their segments directly opposite, i.e., opposite as determined at a 90° angle to imaginary center line 20.

Top element 3 also includes an attachment means, in this case, screw hole 13 located on center. This enables the user to nail or screw device 1 into a joist, as more fully described in conjunction with FIG. 4 below. Alternatively, device 1 could simply have an area where a screw could be forced through, without a pre-formed orifice.

Top element 3 includes four upwardly projecting compressive elements 6, 8, 16 and 18. These are located opposite one another, as shown, are located away from imaginary center line 20. Also, they are located away from the vertical support members 15 and 17 (from top view) and are further away from the vertical support members at their outermost portions, from the centerline, than the outermost portions of the vertical support elements. This concept applies to the other present invention devices described below, as well.

FIGS. 2 and 3 show side and end views, respectively of device 1 shown in FIG. 1. Thus, device 1 includes vertical support members 15 and 17 with a space 18 there between to permit a screw or nail to pass through screw hole 13 into a joist or support board. Vertical support members 15 and 17 have a predetermined height so as to rest on a joist in such a way as to establish biscuit top element 3 at a predetermined height from the joist for attachment of two adjacent boards thereto which have pre-cut biscuit slots. The device such as device 1 are not set for full nesting (i.e., do not have total footprint identity) with the biscuit cut, and need only have sufficient overhang on each side of the centerline 20 to catch and anchor a board by at least partially fitting into a cut out of a deck or other board. The compressive elements 6, 8, 16 and 18 act as initial spacers for the two adjacent boards.

FIG. 4A shows present invention device 1 from the prior Figures, with identical parts identically numbered. Top element rear biscuit wall 35 is partially inserted into pre-cut biscuit slot 27 of horizontal beam 21, as shown. Compressive elements 16 (and 18, not shown) place beam 21. Screw 31 is inserted into screw hole 13 and into joist beam 25. This anchors device 1 to joist beam 25 and establishes the elevation of top element 3 so as to match with biscuit slot 27. Beam 23 will be placed atop joist beam 25 and adjacent to beam 21 by being slid into position with wall segments 5, 7, 9 and 10 at least partially fitting into slot 29, and the bottom of beam 23 resting on joist 25. By this method, device 1 attaches all three boards to one another as the side wall aspects are sufficiently tight-fitting to anchor the boards. Thus, for example, decking boards may be attached without the need for nails or screws entering the beams from the top, creating a hidden fastening system.

Compressive elements 8 (and 6, not shown in FIG. 4) place beam 23. In other words, the compressive elements 6, 8, 16, 18 space the beams 21 and 23 further apart than the vertical support members 15 and 17 would in their absence. These beams 21 and 23 might expand due to damp weather, rain, capture of moisture, high humidity, seasonal changes, shifts, etc. When this occurs, compressive elements will be pushed toward one another and collapse, e.g. in excess of 10 foot pounds psi, or some other preset parameter. The collapse of compressive elements permits the beams to close in on one another to the sides of the vertical support members. This is clearly illustrated for the FIG. 4A embodiment, in FIG. 4B. Here, compressive elements have been forced to collapse inwardly by expanding beams 21 and 23, as exemplified by collapsed compressive elements 8 and 16. All parts are identically numbered as shown in the foregoing Figures.

US 7,874,113 B2

7

FIG. 5 shows an alternative embodiment present invention device 51 which has multiple screw holes 43, 53 and 55 located in a straight line on center of top element 47. It includes front and back ends 41 and 49, and it has a plurality of vertical support members 45, 47, 57 and 59, on top underside 36 with spaces therebetween for screw or nail insertions. Vertical support members 45 and 57 include compressive elements 34 and 32, as shown. FIG. 6 shows a bottom view with identical numbering. Note that compressive elements 32 and 34 are essentially hollow cylinders in this embodiment. The side walls have a footprint of sawteeth on both sides. On the side out of the drawing, segments 52, 53, 54, 43, 46, 47, 55, 56 and 44 form the sawteeth. Segments directly opposite one another are mostly non-parallel. Device 51 is used in the same manner as device 1 described above with respect to FIGS. 4A and B, except that the compressive elements 32 and 34 collapse on the underside of the device, inwardly between portions of a single vertical support member.

FIGS. 7 and 8 show top and side views of an alternative embodiment present invention anchoring device 71. In FIG. 7, there is shown a top view of present invention anchor biscuit device 71. Device 71 includes a top element 73 having a substantially flat top surface as shown, and a top view shape of a biscuit. Thus, it includes wall segment (an arc), on one side and wall segments 77 (an opposing arc), and on the opposite side. Segment 62, for example, is non-parallel to segment 66. There are flat ends 79 and 81, as shown.

Top element 71 of device 71 in FIG. 7 also includes an attachment means, in this case, screw hole 83 located on center. It also includes fount chevron-shaped compressive elements 91, 93, 95, and 97. These compress if adjacent boards expand and enable extra spacing to be achieved during installation to accommodate any future wood expansion that may occur.

In FIG. 8, there is shown a side view of the present invention anchor biscuit device 71. Device 71 includes a top element 73, showing the height and depth of compressive elements 91, 93, 95, and 97.

FIG. 9A shows a top view of device 71 with installed beams 101 and 103, and these are not swollen. In FIG. 9B, the same beam 101 and 103 have swollen, and the compressive elements 91, 93, 95, and 97 have collapsed, as shown.

FIG. 10 shows a top view and FIG. 11 shows a side view of present invention device 120. It includes a substantially flat top element 121, that has a top view footprint of a circle, and two vertical support members 125 and 127, that project downwardly on each side of beveled attachment orifice 129. The sides of device 20's top 121 are vertical and basically are made up of a plurality of connected (continuous) arcs to form a circle. On the top side of device 120 are eight compressive elements 131, 133, 135, 137, 139, 141, 143, 145, and 147. These are thin cylindrical protrusions that will collapse under compression, e.g. from expanding boards. As shown in FIG. 10, they are further apart than the thickness of the vertical support members to create space between beams for expansion.

FIGS. 12 and 13 show top views of alternative embodiment present invention anchoring devices 161 and 190 respectively. In FIG. 12, there is shown a top view of present invention anchor biscuit device 163 having a flat top surface as shown, and a top view shape of an elongated octagon biscuit. Thus, it includes wall segments 164, 165, and 166 on one side wall and wall segments 162, 167, and 163 on the opposite side. Segments 162, for example, is non-parallel to segment 166. There are flat ends 169 and 177, as shown.

Top element 163 of device 161 in FIG. 12 also includes an attachment means, in this case, screw hole 173 located on

8

center. Screw hole 173 has a bevel cut 175 at its top. This enables the user to nail or screw device 161 into a joist with the screw or nail being installed vertically, or, more preferably, at an angle.

Vertical support members 177 and 179 also include outwardly extending, angled tails 181, 183, 185, and 187 and these are the collapsible compressive elements.

In FIG. 13, there is shown a top view of present invention anchor biscuit device 190, in the shape of an octagon biscuit. Device 190 includes a top element 198 having a flat top surface as shown, and a top view shape with eight equal segments; a first side with wall segments 193, 197, and 195, and an opposite side with wall segments 207, 209, and 211. In this case, they are perfectly symmetrical and have flat endwalls 199 and 201. Top element 198 also includes an attachment means, screw hole 203 located on center. Note that screw hole 203 is elongated and has a beveled top 205. Underside of top element 198 are two curved collapsible compressive elements 221 and 223. These function similarly to those described above.

FIG. 14 shows a front view of present invention device 240. Thus, device 240 includes a single vertical support member 245 with a space cut out 243 to permit a screw or nail to pass through beveled screw hole 253 and through vertical support member 245 into a joist or support board. There are two collapsible fins on each side of the vertical support member 245, two shown as fins 249 and 251. These are about ¾₆₄ inch away from member 245 and act as collapsible compressive elements in a manner similar to those shown above. Vertical support member 245 has a predetermined height so as to rest on the side of a beam into which device 240 may be inserted and, optionally, so as to rest on a joist in such a way as to establish biscuit top element 247 at a predetermined height from the joist for attachment of two adjacent boards thereto which have pre-cut biscuit slots corresponding thereto. Side walls may be irregular or regular, and may have any top view, workable footprint similar to that shown in the segments that will fit into beam grooves or continuous straight grooves, e.g. biscuit cuts, half circle or arc cuts, square or rectangular cuts.

FIG. 15 shows a front view present invention of device 261, which includes a single off-center vertical support member 265 with a space underneath beveled screw hole 263 to permit a screw or nail to pass through screw hole 263 into a beam and/or joist or support board. Top 267 has opposite ends 269 and 271 as shown, with support member 265 biased to the left toward end 269, as shown. On the right underside of top 267 are two fins 281 and 283, that have lengths (into the page, at right angle to vertical support member 265), that is greater than the thickness of member 265. They are collapsible and act as compressive elements with respect to adjourning boards. Top 263 has a topography with flat sides, such as side 273, and is in the shape of a rectangle, e.g. a square.

FIG. 16 shows device 300 with top 301 having a generally barbell-shaped footprint. There is a first side having wall segments 303 and 305 that are arcs and are connected by flat segment 307. The opposite wall includes arcs 309 and 311 and are separated by flat segment 313. Wall segments 303 and 309 are opposite one another and are non-parallel. There is a beveled orifice 315 which is attaching device 300 in a manner described above as well as vertical segments 317 and 319 extending downwardly from top 301 on opposite sides of orifice 315. There are two collapsible compressive element ovals 321 and 322 extending upwardly. These space beams further apart than would members 317 and 319, in their absence, and thus accommodate wood expansion.

FIG. 17 shows a triangular shaped present invention anchoring device 400. It has a top 401, an orifice 409 for

US 7,874,113 B2

9 | 10

attachment and a vertical support **411**. One wall has flat segments **403** and **405** and the opposite wall has a single flat segment **407**. There is a collapsible compressive element **415** on top to function in a manner similar to those previously described.

FIGS. **18**, **19** and **20** illustrate preferred embodiment present invention anchoring device **500**, in its top, side and end views respectively. Device **500** includes top **501** with beveled screw orifice **503** on center. Opposing sides **505** and **507** are arcuate and ends **509** and **511** are flat. Extending downwardly are vertical support members **513** and **515**, located on-center and on opposite sides of orifice **503**. The vertical support member **513** and **515** each have one thin walled tubular compressive element, shown as compressive elements **517** and **519**, respectively. Further, FIG. **21** shows top view of the same device as in FIGS. **18**, **19**, and **20**, except that the top is embossed or stamped. Here, device **500a** includes top **501a** with embossments such as word **531**, that can be production information, size, model number, installation instructions or other useful information. These are preferably indented and may be established in a forming mold for the device.

All of these devices may be installed in accordance with the descriptions for previous present invention devices described above. However, device **260** shown in FIG. **14** should have the arrowed wall inserted first so that the biased beveled orifice **296** is utilized maximally and receiving an attachment screw.

Obviously, numerous modifications and variations of the present invention are possible in light of the above teachings. It is therefore understood that within the scope of the appended claims, the invention may be practiced otherwise than as specifically described herein.

What is claimed is:

1. A decking system, comprising: two decking boards, each having a top, a bottom, two sides each having a pre-cut biscuit slot, and two ends; a support board; and an anchoring biscuit device for joinder of said decking boards and said support board with a fastener, and wherein:

(a) said anchoring biscuit device comprises:

(i) an at least partially flat horizontal top element having a center line, opposite side walls, and opposite ends, and a top view footprint shape having a side portion on each side of said center line, said side portions being adapted to be received in said biscuit slots;

(ii) a plurality of substantially vertical support members attached to the underside of said top element along said center line of said top element and extending downwardly for a predetermined length to maintain said top element in a predetermined position during use for joinder of said two adjacent boards and said support board; and

(iii) at least one compressive element located on said device, with at least a portion of said compressive element, from a top view footprint, being located away from said center line and away from said vertical support members, and said at least one compressive element being adapted to at least partially collapse under a predetermined compressive force; and

(b) said two decking boards are situated adjacent to each other and atop said support board;

(c) said side portions of said anchoring biscuit device are inserted in said biscuit slots of said adjacent decking boards; and

(d) said anchoring biscuit device is attached by said fastener driven through it to engage said support board, thereby securing and anchoring said adjacent boards and said support board to one another.

2. A decking system as recited by claim 1, wherein said top view footprint shape is selected from the group consisting of square, rectangular, circular, and oval.

3. A decking system as recited by claim 1, wherein said anchoring biscuit device further comprises (iv) a pre-formed attachment orifice through which said fastener is driven.

4. A decking system as recited by claim 3, wherein said attachment orifice has a beveled top.

5. A decking system as recited by claim 3, wherein said attachment orifice is elongated.

6. A decking system as recited by claim 3, wherein said pre-formed attachment orifice is located substantially in the center of said top element.

7. A decking system as recited by claim 6, wherein said anchoring biscuit device comprises two vertical support members attached to the underside of said top element along said center line, said two vertical support members being in the same plane and located on opposite sides of said pre-formed attachment orifice.

8. A decking system as recited by claim 1, wherein said anchoring biscuit device comprises a plurality of said compressive elements.

9. A decking system as recited by claim 1, wherein said at least one compressive element is located on the top side of said top element.

10. A decking system as recited by claim 1, wherein said at least one compressive element is located on the underside of said top element.

11. A decking system as recited by claim 10, wherein said at least one compressive element is separate from said substantially vertical support members.

12. A decking system as recited by claim 10, wherein said anchoring biscuit device comprises a plurality of said compressive elements, each being integrally attached to one of said substantially vertical support members.

13. A decking system as recited by claim 1, wherein said anchoring biscuit device comprises a plurality of said compressive elements, at least one of which is integrally attached to each of said substantially vertical support members.

14. A decking system as recited by claim 1, wherein said anchoring biscuit device comprises exactly two said substantially vertical support members.

15. A decking system as recited by claim 14, wherein one said compressive element is attached to each of said substantially vertical support members.

16. A decking system as recited by claim 1, wherein said at least one compressive element is a hollow cylinder.

17. A decking system as recited by claim 9, wherein said compressive elements are hollow cylinders.

18. A decking system as recited by claim 10, wherein said compressive elements are hollow cylinders.

19. A decking system as recited by claim 12, wherein said compressive elements are hollow cylinders.

20. A decking system as recited by claim 15, wherein said compressive elements are hollow cylinders.

21. A decking system as recited by claim 1, wherein said fastener is a nail or screw.

22. A decking system comprising: two decking boards, each having a top, a bottom, two sides each having a pre-cut biscuit slot, and two ends; a support board; and an anchoring biscuit device for joinder of said decking boards and said support board with a fastener, and wherein:

(a) said anchoring biscuit device comprises:

(i) an at least partially flat horizontal top element having a center line, opposite side walls, and opposite ends, and a top view footprint shape having a side portion

US 7,874,113 B2

11

on each side of said center line, said side portions being adapted to be received in said biscuit slots;

(ii) at least one substantially vertical support member attached to the underside of said top element along said center line of said top element and extending downwardly therefrom for a predetermined length to maintain said top element in a predetermined position during use for joinder of said two adjacent boards and said support board; and

(iii) at least one compressive element located on said device, with at least a portion of said compressive element, from a top view footprint, being located away from said center line and away from said vertical support member, and said at least one compressive element comprises fins are attached to, and projecting from, said at least one vertical support member and is adapted to at least partially collapse under a predetermined compressive force;

(b) said two decking boards are situated adjacent to each other and atop said support board;

(c) said side portions of said anchoring biscuit device are inserted in said biscuit slots of said adjacent decking boards; and

(d) said anchoring biscuit device is attached by said fastener driven through it to engage said support board, thereby securing and anchoring said adjacent boards and said support board to one another.

**23.** A decking system as recited by claim **22**, wherein said fins are in the form of chevrons.

**24.** A decking system as recited by claim **22**, wherein said fins are curved in form.

**25.** A decking system as recited by claim **22**, wherein said fins project from the underside of said top element.

**26.** A decking system as recited by claim **22**, comprising fins at each end of said device that extend outwardly and are angled away from said center line.

**27.** A decking system as recited by claim **26**, wherein said anchoring biscuit device comprises exactly two said vertical support members and two compressive elements, each said compressive element comprising fins extending outwardly and angled away from said center line at one said end of said device.

**28.** A decking system as recited by claim **22**, wherein said anchoring biscuit device further comprises (iv) a pre-formed attachment orifice through which said fastener is driven.

**29.** A decking system as recited by claim **22**, wherein said anchoring biscuit device comprises a plurality of said substantially vertical support members.

**30.** An anchoring biscuit device for joining two decking boards, each having a top, a bottom, two sides each having a pre-cut biscuit slot, and two ends, and a support board for supporting said decking boards, the device comprising:

(a) an at least partially flat horizontal top element having a center line, opposite side walls, and opposite ends, and a top view footprint shape having a side portion on each side of said center line, said side portions being adapted to be received in said biscuit slots;

(b) at least one substantially vertical support member attached to the underside of said top element along said center line of said top element and extending downwardly therefrom for a predetermined length to maintain said top element in a predetermined position during use for joinder of said two adjacent boards and said support board; and,

(c) at least one compressive element located on said device, with at least a portion of said compressive element, from a top view footprint, being located away from said center

12

line and away from said vertical support member, and said compressive element being a hollow cylinder adapted to at least partially collapse under predetermined compressive force.

**31.** The anchoring biscuit device of claim **30**, which further comprises (d) a pre-formed attachment orifice, adapted to receive a fastener driven through said orifice for attaching said device to said support board.

**32.** The anchoring biscuit device of claim **30**, comprising a plurality of said compressive elements, with at least a portion of each of said compressive elements, from a top view footprint, being located away from said center line and away from said vertical support member.

**33.** An anchoring biscuit device for joining two decking boards, each having a top, a bottom, two sides each having a pre-cut biscuit slot, and two ends, and a support board for supporting said decking boards, the device comprising:

(a) an at least partially flat horizontal top element having a center line, opposite side walls, and opposite ends, and a top view footprint shape having a side portion on each side of said center line, said side portions being adapted to be received in said biscuit slots;

(b) at least one substantially vertical support member attached to the underside of said top element along said center line of said top element and extending downwardly therefrom for a predetermined length to maintain said top element in a predetermined position during use for joinder of said two adjacent boards and said support board; and,

(c) at least one compressive element located on said device, with at least a portion of said compressive element, from a top view footprint, being located away from said center line and away from said vertical support member, and said at least one compressive element comprises fins attached to, and projecting from, said at least one vertical support member and is adapted to at least partially collapse under predetermined compressive force.

**34.** The anchoring biscuit device of claim **33**, comprising fins at each end of said device that extend outwardly and are angled away from said center line.

**35.** The anchoring biscuit device of claim **34**, comprising exactly two said vertical support members and two said compressive elements, each said compressive element comprising fins extending outwardly and angled away from said center line at one said end of said device.

**36.** The anchoring biscuit device as recited by claim **33**, which further comprises (d) a pre-formed attachment orifice, adapted to receive a fastener driven through said orifice for attaching said device to said support board.

**37.** The anchoring biscuit device of claim **33**, comprising a plurality of said compressive elements, with at least a portion of each of said compressive elements, from a top view footprint, being located away from said center line and away from said vertical support member.

**38.** A method for constructing a decking system comprising two decking boards, and a support board, the method comprising the steps of:

(a) providing said two decking boards, each having a top, a bottom, two sides each having a pre-cut biscuit slot, and two ends;

(b) providing an anchoring biscuit device comprising:

(i) an at least partially flat horizontal top element having a center line, opposite side walls, and opposite ends, and a top view footprint shape having a side portion on each side of said center line, said side portions being adapted to be received in said biscuit slots;

US 7,874,113 B2

13

(ii) a plurality of substantially vertical support members attached to the underside of said top element along said center line of said top element and extending downwardly therefrom for a predetermined length to maintain said top element in a predetermined position during use for joinder of said two adjacent boards and said support board; and

(iii) at least one compressive element located on said device, with at least a portion of said compressive element, from a top view footprint, being located away from said center line and away from said vertical support member, wherein said compressive element is adapted to at least partially collapse under predetermined compressive force;

(c) situating said two decking boards adjacent and atop said support board;

14

(d) locating said anchoring biscuit device between said adjacent decking boards, one of said side portions being inserted in said biscuit slot of each of said adjacent decking boards; and

(e) driving a fastener through said anchoring biscuit device into said support board, whereby said adjacent boards and said support board are secured and anchored to one another.

**39**. A decking system as recited by claim **28**, wherein said at least one vertical support member includes a cutout and said fastener passes through said cutout into said support board.

**40**. The anchoring biscuit device as recited by claim **36**, wherein said attachment orifice has a beveled top.

**41**. The anchoring biscuit device as recited by claim **36**, wherein said attachment orifice is elongated.

\* \* \* \* \*

# EXHIBIT D



US008161702B2

(12) **United States Patent**
Eberle, III

(10) Patent No.: **US 8,161,702 B2**
(45) Date of Patent: **Apr. 24, 2012**

(54) **EXPANSION-COMPENSATING DECK FASTENER**

(75) Inventor: **Harry W. Eberle, III**, Califon, NJ (US)

(73) Assignee: **Blue Heron Enterprises LLC**, North Branch, NJ (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/952,876**

(22) Filed: **Nov. 23, 2010**

(65) **Prior Publication Data**

US 2011/0126486 A1    Jun. 2, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 12/583,702, filed on Aug. 24, 2009, now Pat. No. 7,874,113, which is a continuation of application No. 10/446,514, filed on May 28, 2003, now Pat. No. 7,578,105, which is a continuation-in-part of application No. 10/393,100, filed on Mar. 20, 2003, now Pat. No. 6,851,884.

(51) **Int. Cl.**
*E04F 15/22* (2006.01)
*E04B 2/00* (2006.01)
*F16B 9/00* (2006.01)

(52) **U.S. Cl.** ..................... **52/403.1**; 52/586.1; 52/586.2; 403/231

(58) **Field of Classification Search** ................. 52/586.1, 52/586.2, 483.1, 480, 650.3, 403.1; 403/231, 403/232.1, 408.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,186,463 | A | 1/1877 | Dickinson |
| 2,466,995 | A | 1/1892 | Abramson |
| 695,722 | A | 3/1902 | Heilmann |
| 1,184,080 | A | 5/1916 | D'arcy |
| 1,241,885 | A | 10/1917 | Roeder |
| 1,714,738 | A | 5/1929 | Smith |
| 1,723,306 | A | 8/1929 | Sipe |
| 1,990,001 | A | 2/1935 | Rutten |

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 2287104 A1 | 1/2001 |
|---|---|---|

(Continued)

OTHER PUBLICATIONS

Office Action in commonly owned U.S. Appl. No. 09/186,741 (now US patent 6402415) to Eberle, III dated Aug. 19, 1999.*

(Continued)

*Primary Examiner* — Mark Wendell
(74) *Attorney, Agent, or Firm* — Lerner, David, Littenberg, Krumholz & Mentlik, LLP

(57) **ABSTRACT**

The present invention is an anchoring biscuit device for joining three boards. It includes, (a) an at least partially flat horizontal top element having an imaginary center line, having opposite side walls, and having a top view footprint adapted to be inserted into grooves of adjacent boards; (b) at least one substantially vertical support member attached to the underside of the top element and extending downwardly therefrom for a predetermined length for joinder of two adjacent boards which contain the grooves for receiving portions of the top into the grooves; and (c) at least one compressive element located on the device, with at least one portion of the at least one compressive element, from a top view footprint, being located away from the imaginary center line and away from the vertical support member, wherein the compressive element is adapted to at least partially collapse under a predetermined compressive force.

**25 Claims, 11 Drawing Sheets**





**US 8,161,702 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,201,129 | A | 5/1940 | Weiland |
| 2,332,081 | A | 10/1943 | Hunt et al. |
| 2,337,156 | A | 12/1943 | Elmendorf |
| 2,362,252 | A | 11/1944 | Ellinwood |
| 2,398,603 | A | 4/1946 | Soderberg |
| 2,406,387 | A | 8/1946 | Lank |
| 2,526,116 | A | 10/1950 | Browne |
| 3,045,294 | A | 7/1962 | Livezey |
| 3,319,983 | A | 5/1967 | Zibell |
| 3,619,963 | A | 11/1971 | Omholt |
| 3,705,002 | A | 12/1972 | Varlonga |
| 3,890,753 | A | 6/1975 | Johansen |
| 4,154,172 | A | 5/1979 | Curtis, Jr. |
| 4,449,346 | A | 5/1984 | Tremblay |
| 4,454,699 | A | 6/1984 | Strobl |
| 4,599,841 | A | 7/1986 | Haid |
| 4,641,988 | A | 2/1987 | Ganner |
| 4,682,458 | A | 7/1987 | Sparrow |
| 4,716,704 | A | 1/1988 | Murr |
| 5,004,027 | A | 4/1991 | Legler et al. |
| 5,056,286 | A | 10/1991 | Bokor |
| 5,071,280 | A | 12/1991 | Turner |
| 5,160,211 | A | 11/1992 | Gilb |
| D331,470 | S | 12/1992 | Mitchell et al. |
| 5,182,891 | A | 2/1993 | Slocum |
| 5,243,804 | A | 9/1993 | Therrien et al. |
| 5,245,808 | A | 9/1993 | Grunewald et al. |
| 5,251,996 | A | 10/1993 | Hiller et al. |
| 5,359,954 | A | 11/1994 | Kordelin |
| 5,377,732 | A | 1/1995 | Fujii et al. |
| 5,419,649 | A | 5/1995 | Gilb |
| 5,458,433 | A | 10/1995 | Stastny |
| 5,480,117 | A | 1/1996 | Fleming, III |
| 5,529,428 | A | 6/1996 | Bischof |
| 5,564,248 | A | 10/1996 | Callies |
| 5,603,580 | A | 2/1997 | Leek et al. |
| 5,619,834 | A | 4/1997 | Chen |
| 5,660,016 | A | 8/1997 | Erwin et al. |
| 5,704,181 | A | 1/1998 | Fisher et al. |
| 5,730,544 | A | * | 3/1998 | Dils et al. .................... 403/292 |
| 5,743,672 | A | 4/1998 | Cline |

| | | | | |
|---|---|---|---|---|
| 6,012,256 | A | 1/2000 | Aschheim | |
| 6,032,431 | A | 3/2000 | Sugiyama | |
| 6,363,677 | B1 | 4/2002 | Chen et al. | |
| 6,402,415 | B1 | 6/2002 | Eberle, III | |
| 6,442,908 | B1 | 9/2002 | Naccarato et al. | |
| 6,449,918 | B1 | 9/2002 | Nelson | |
| 6,460,306 | B1 | 10/2002 | Nelson | |
| 6,470,641 | B1 | 10/2002 | Faure | |
| 6,471,434 | B2 | 10/2002 | Chin et al. | |
| D470,039 | S | 2/2003 | Pelc | |
| 6,651,400 | B1 | 11/2003 | Murphy | |
| 6,711,864 | B2 | 3/2004 | Erwin | |
| D488,373 | S | 4/2004 | Eberle | |
| 6,810,633 | B2 | * | 11/2004 | Harris, Sr. .................. 52/489.2 |
| 6,851,884 | B2 | * | 2/2005 | Eberle ........................ 403/231 |
| 6,871,467 | B2 | 3/2005 | Hafner | |
| 7,052,200 | B2 | 5/2006 | Harris | |
| 2002/0059766 | A1 | 5/2002 | Gregori | |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CH | 278212 | A | 10/1951 |
| DE | 372483 | C | 3/1923 |
| DE | 4036338 | A1 | 6/1991 |
| EP | 863317 | A2 | 9/1998 |
| FR | 1217468 | A | 5/1960 |
| FR | 1556252 | A | 2/1969 |
| FR | 2647837 | A1 | 12/1990 |
| GB | 1350754 | A | 4/1974 |
| GB | 1567008 | A | 5/1980 |
| GB | 2124672 | A | 2/1984 |
| JP | 4371657 | A | 12/1992 |
| JP | 07189451 | A | 7/1995 |

## OTHER PUBLICATIONS

Invoice for the sale of certain Eb-Ty Fasteners dated Aug. 26, 1997.

Engineering Drawing depicting an Eb-Ty Fastener dated Jun. 15, 1997.

*Harry W. Eberle, III* et al. v. *KK manufacturing Co.*, et al., Civil Action No. 03-5809 (FLW-TJB), Invalidity Contention applied to U.S. Patent No. 6,402,415 and U.S. Patent No. 6,851,884.

* cited by examiner



FIG. 1



FIG. 2

FIG. 3

*FIG. 4A*



*FIG. 4B*



FIG. 5



FIG. 6



*FIG. 7*



*FIG. 8*



*FIG. 9A*



*FIG. 9B*



## FIG. 10



## FIG. 11



FIG. 12



FIG. 13

*FIG. 14*



*FIG. 15*



FIG. 16



FIG. 17



*FIG. 18*



*FIG. 19*



FIG. 20



FIG. 21

US 8,161,702 B2

1

**EXPANSION-COMPENSATING DECK FASTENER**

CROSS-REFERENCE TO RELATED APPLICATIONS

The present disclosure is a continuation of co-pending U.S. patent application Ser. No. 12/583,702, filed on Aug. 24, 2009, which, in turn, is a continuation of U.S. patent application Ser. No. 10/446,514, filed on May 28, 2003, now U.S. Pat. No. 7,578,105, which, in turn, is a continuation-in-part of U.S. patent application Ser. No. 10/393,100, filed on Mar. 20, 2003, now U.S. Pat. No. 6,851,884. Each of these applications is hereby incorporated herein in its entirety by reference thereto.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is directed to an improved biscuit for joining adjacent boards. More specifically, the invention is an anchoring biscuit device that has the ability for pre-setting distances between adjacent boards and attaching to at least one board by means in addition to the biscuit itself. The anchoring biscuit device physically joins two adjacent boards in the same plane to a third, supporting board. The anchoring half-biscuit device joins two adjacent boards at right angles to one another. Further, the present invention anchoring biscuit includes compressive elements to accommodate swelling and expansion of boards after installation.

U.S. Pat. No. 6,402,415, issued to the present inventor herein covers such biscuit devices having opposite side walls in the shape of arcs. These would include side walls with arcs and flat ends, side walls with arcs and arc ends, e.g. circles, ellipses, etc. The present invention covers biscuit-shaped devices with side walls that may have the same top view footprint as the Eberle U.S. Pat. No. 6,402,415 devices, and covers anchoring devices that may not have opposite arcs, and may or may not have biscuit shapes. However, all of the present invention devices do include at least one compressive element, namely, a portion of the device that will collapse or move under compression (from opposing expansion or swelling of wood).

2. Information Disclosure Statement

The following patents are representative of the state of the art for wood joining devices, equipment and methods:

U.S. Pat. No. 1,184,080 to D'Arcy describes a structure of the class described, the combination of frame pieces disposed at an angle to each other and plate-like corner irons having angularly disposed flanges, said corner irons being arranged in opposed pairs on the sides of and secured to the ends of meeting frame pieces with their flanges engaging the inner edges thereof in overlapping telescoping relation to each other, the inner flanges having vertical nail slots therein and brads on their edges driven into the frame pieces, the outer flanges having nail perforations opposite the nail slots, there being nails disposed through the said perforations and slots and driven into the frame.

U.S. Pat. No. 2,332,081 to G. M. Hunt et al. is directed to a wooden panel. It is described as a panel comprising wooden strips joined along their edges with glue, each strip having at least one groove in its edge matching groove in the edge of the adjoining strip, an asbestos millboard spline fitted in the matching grooves and bridging the joint between the strips, crossbands covering the strips on both sides of the panel, and veneers covering the crossbands.

2

U.S. Pat. No. 2,362,252 to Ellinwood describes a wall structure of the character described comprising a pair of adjacent wallboard panels having meeting edges, each of said panels being formed with a groove opening into its meeting edge, the groove in each panel providing an outer lip and an inner lip, said outer lips being in abutting relation, a joining strip permanently secured to the under surface of said outer lips, said inner lips being spaced, a T-shaped connecting member movably positioned in said groove and having a base in spaced relation to said inner lips, and means for anchoring said connecting member to a structural element.

U.S. Pat. No. 2,398,603 to Soderberg describes a joining staple, comprising a metal body having at least two portions extending at right angles to each other and at least two teeth carried upon each of said portions, each of said teeth consisting of a flat substantially rectangular body having a cutting edge extending substantially parallel to its body portion, the cutting edges of all of said teeth being located in one plane, each of said portions having another cutting edge extending between the teeth of that portion, the second mentioned cutting edges being also located in one plane.

U.S. Pat. No. 2,406,387 to Lank describes the method of constructing a plurality of wooden posts each of which has a connector element incorporated therein adjacent each end thereof which method comprises forming a plurality of longitudinally extending grooves in one side of each of a pair of wooden blanks from which the posts are to be formed, forming a transverse groove adjacent each end of said side of each of said blanks with the transverse grooves intersecting the longitudinal grooves, providing a pair of connector retaining members with a plurality of seats for receiving connector elements, the number and spacing of said seats in each said connector retaining members conforming to the number and spacing of the longitudinal grooves in each of said blanks, placing connector elements in each of said seats, positioning said blanks with their grooved sides together and with said connector retaining members in said transverse grooves, bonding said blanks together, and severing the thus bonded assembly along longitudinal lines intermediate said longitudinal grooves.

U.S. Pat. No. 4,641,988 to Ganner is directed to a fitting for releasably joining two structural components. It is illustrated for releasably joining two structural components particularly plate-shaped structural components which extend at a right angle relative to one another, a fitting has a preferably cylindrical locking element which can be inserted either directly in a bore in the first structural component or it can be inserted indirectly in a housing, and a holding piece with a holding projection anchored in the second structural component. In the assembled position, the holding projection & abuts against one or two gripping surfaces of the locking element which gripping surfaces are of, for example, eccentric shape, and the holding projection is pulled toward the locking element when the locking element is turned. The holding piece is constructed plate-shaped and is insertable in a slot in the second structural component.

U.S. Pat. No. 4,682,458 to Sparrow describes a floor composed of parallel spaced beams having flanges and blocks of polystyrene foam which are laid on the flanges to bridge the gaps between the beams. Boards are laid on the polystyrene blocks, and are supported by the blocks, which form load-bearing members of the floor. The blocks may have flanged portions extending over the beams, so as to provide heat insulation.

U.S. Pat. No. 5,004,027 to Legler et al. illustrates a biscuit joiner. It is described as a biscuit joiner for cutting semi-elliptical slots in opposing edges of workpieces which are to

US 8,161,702 B2

3

be joined along those edges includes a housing adapted to be mounted upon the quill of a multipurpose woodworking tool, which housing encloses a rotary saw blade adapted to be attached to a spindle projecting from the quill on which the housing is mounted. A spring loaded guide projects from the front face of the housing and has a slot therethrough, so that when the front face of the guide is engaged by an edge of a workpiece to be slotted the guide can be pushed inwardly against spring pressure, allowing the rotary saw blade to be exposed and form a slot in the edge of the workpiece. Adjustable stops are provided on the guide so that a desired depth of cut will automatically be made after adjustment. An alternative construction of this biscuit joiner is especially adapted for use in conjunction with a conventional drill press, with the arbor which carries the saw blade being clamped in the chuck on the drive spindle of the drill motor.

U.S. Pat. No. 5,182,891 to Slocum describes a flooring construction which is provided having a unitary construction with a top layer providing a finished flooring surface and an insulation layer adjacent the top layer. The flooring panel includes an upper portion and a lower portion. The upper portion has a larger dimension than the lower portion and extends outwardly beyond the lower portion. A recessed portion between the upper portion and the lower portion defines a channel. A plurality of interlock support elements having a vertical web and an upper horizontal flange are arranged so that the horizontal flange extends into the channel. The vertical web extends below the lower portion to raise the flooring.

U.S. Pat. No. 5,251,996 to Hiller et al. describes a connecting element for connecting two parts generally in a connection plane has a first portion for connecting the element relative to a first of the parts and second portion for connecting the element relative to the second part. The second portion includes actuation members which on relative movement of the parts substantially along the connection plane urge the parts forcefully towards each other.

U.S. Pat. No. 5,377,732 to Fujii et al. illustrates a wood joining structure and method thereof. It is described as a technique for joining wood members. A plurality of slits are formed on the end portions of wood pieces desired to be joined, and the end portions are abutted with corresponding slits in alignment to form a common surface. Each of the abutted wood end portions is fixed by temporary fixing means to a desired joining state. Thereafter, an adhesive agent is applied into the interior surfaces of the slits. Connecting plates, e.g., made of a reinforced plastic material coated with the adhesive agent, are inserted into the aligned slits. The adhesive agent is then hardened.

U.S. Pat. No. 5,458,433 to Stastny explicates a biscuit and joint made using same. It is described as a biscuit having octagonal outer periphery is used to form a joint between first and second workpieces. The biscuit fits within arcuate slots formed in the workpieces, with glue placed in the slots and/or on the biscuit before the joint is put together. The biscuit is made of an anhydrous compressed wood.

U.S. Pat. No. 5,480,117 to Fleming, III describes a bracket for mounting a rotary lock member in the frame of a panel which is provided. The bracket is a preferably U-shaped body having a base and two legs extending therefrom. The inner dimension of the bracket is chosen to allow insertion of a rotary lock member therein. Panel engaging steps and protrusions are located on the outside surface of each leg for engaging the frame material. The legs of the bracket are biased inwardly towards one another, such that when a locking member is inserted therein, the legs are pressed outwardly, driving the protrusions into the frame material. A number of bores are

4

located in the bracket to allow supplemental locking members to lock the bracket to the frame.

U.S. Pat. No. 5,529,428 to Bischof is directed to a metallic structural element for connecting workpieces consisting of wood, woodworking material or plastic. It is described as a metallic structural element for connecting workpieces consisting of wood, woodworking material or plastic, consisting of a lamellar part, which provides the non-positive connection with the first workpiece provided with a groove and a transverse hole, and a bolt-like part which, through screwing or pinning, realizes the non-positive connection with the second workpiece provided with a longitudinal hole. The lamellar part has, in the center, a hole which is at right angles to the plane of the lamella and is intended for fixing in the groove of the workpiece. Variants having a wing-like long or rectangular short lamellar part and a bolt-like part in the form of a conical wood screw, cylindrical screw, screw having a metal thread, threaded sleeve or pin. Accessories: screwing tool and drilling template.

U.S. Pat. No. 5,660,016 to Erwin et al. describes an extruded plastic decking plank for mounting to an underlying support structure, the plank having a rigid foam core, a resilient outer plastic shell, and a clamping portion for securing the plank to the support structure. The top surface of the plank can be provided with a non-slip surface. The invention also includes an attachment system for securing such decking planks to a support structure by engaging the clamping portions of the decking planks onto clamps or hold down blocks which are secured onto the support structure, and which permit relative motion between the planks and the structure in the planks' lengthwise direction to prevent stress and buckling caused by uneven expansion.

U.S. Pat. No. 6,402,415, to Eberle, the same inventor herein, describes an anchoring biscuit device for joining three boards. It includes, (a) a first substantially flat horizontal top element having a generally biscuit-shaped configuration, (b) at least one substantially vertical support member attached to the underside of the top element and extending downwardly therefrom for a predetermined length for joinder of two adjacent boards which have been pre-cut with biscuit receiving slots, and (c) an attachment orifice located at least on the top element for attachment of the anchoring biscuit device to a support board for anchoring and support of the two adjacent boards. In one preferred embodiment, a top bevel is included at the orifice to permit angled screwing at positions other than vertical positions. In other embodiments, the screw orifice will have an oval or elongated shape to likewise enable screwing at angles other than vertical. In yet another preferred embodiment, the orifice will both be beveled and elongated.

U.S. Design Pat. No. 470,039 to Robert Pelc shows two anchoring biscuit devices of the U.S. Pat. No. 6,402,415 Eberle type, one having a circular footprint and the other having an elliptical footprint.

Notwithstanding the prior art, the present invention is neither taught nor rendered obvious thereby.

SUMMARY OF THE INVENTION

The present invention is an anchoring biscuit device for joining three boards. It includes, (a) an at least partially flat horizontal top element having opposite side walls, and, from a top view, having a footprint adapted to be inserted into grooves, (b) at least one substantially vertical support member attached to the underside of the top element and extending downwardly therefrom for a predetermined length for joinder of two adjacent boards which contain grooves for receiving portions of said top into said grooves, and, (c) at least one

US 8,161,702 B2

5

compressive element located on said device with at least a portion located away from said imaginary centerline, said compressive element being adapted to at least partially collapse upon compressive force. In some embodiments, there is also an attachment orifice located at least on the top element for attachment of the anchoring biscuit-device to a support board for anchoring and support of the two adjacent boards. In one preferred embodiment, a top bevel is included at the orifice to permit angled screwing at positions other than vertical positions. In other embodiments, the screw orifice will have an oval or elongated shape to likewise enable screwing at angles other than vertical. In yet another preferred embodiment, the orifice will both be beveled and elongated. In other embodiments, there is no preformed orifice, and the device may be attached by a screw or other fastener being driven through the device, or attached by adhesive or other means, or combinations thereof.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention should be more fully understood when the specification herein is taken in conjunction with the drawings appended hereto wherein:

FIG. 1 illustrates a top view of one preferred embodiment of the present invention anchoring device,

FIG. 2 illustrates a side view, and

FIG. 3 illustrates an end view thereof;

FIG. 4A shows an end view of the present invention device shown in FIGS. 1 through 3 but being attached to a joist and a first deck board and about to be attached to a second deck board where both deck boards are supported by that joist;

FIG. 4B shows an end view of the same present invention device as above, but fully installed and after the adjacent beams have swollen and collapsed the compressive elements;

FIGS. 5 and 6 show a side view and a bottom view, respectively, of an alternative embodiment present invention anchoring biscuit device;

FIGS. 7 and 8 show top and side views of another alternative present invention anchoring biscuit device;

FIGS. 9A and 9B show top views of the FIG. 7 and FIG. 8 present invention device, installed with beams, before and after beam expansion;

FIGS. 10 and 11 illustrate top and side views of another present invention device;

FIG. 12 and FIG. 13 show top views of two different embodiment present invention anchoring biscuit devices having compressive elements located below the substantially flat top element;

FIGS. 14 and 15 show additional alternative embodiment present invention anchoring devices, in their side views; and,

FIGS. 16 and 17 show more present invention alternatives in their side views; and,

FIGS. 18, 19, 20, and 21 show top, side, end and embossed top views of another preferred embodiment present invention anchoring device.

DETAILED DESCRIPTION OF THE PRESENT INVENTION

In FIG. 1, there is shown a top view of present invention anchor biscuit device 1. Device 1 includes a top element 3 having a flat top surface as shown, and a top view shape of a biscuit. It also includes a first wall with segments 5, 7, 9 and 10, with wall segments 5 and 7 in the shape of arcs having predetermined radii and predetermined arc lengths, and wall segments 7 and 9 having flat edges (straight surfaces). There is a second, opposite wall having segments 33, 35 and 37,

6

with 33 and 37 being arcs, and 35 being a straight flat surface. They are not parallel to their segments directly opposite, i.e., opposite as determined at a 90° angle to imaginary center line 20.

Top element 3 also includes an attachment means, in this case, screw hole 13 located on center. This enables the user to nail or screw device 1 into a joist, as more fully described in conjunction with FIG. 4 below. Alternatively, device 1 could simply have an area where a screw could be forced through, without a pre-formed orifice.

Top element 3 includes four upwardly projecting compressive elements 6, 8, 16 and 18. These are located opposite one another, as shown, are located away from imaginary center line 20. Also, they are located away from the vertical support members 15 and 17 (from top view) and are further away from the vertical support members at their outermost portions, from the centerline, than the outermost portions of the vertical support elements. This concept applies to the other present invention devices described below, as well.

FIGS. 2 and 3 show side and end views, respectively of device 1 shown in FIG. 1. Thus, device 1 includes vertical support members 15 and 17 with a space 18 there between to permit a screw or nail to pass through screw hole 13 into a joist or support board. Vertical support members 15 and 17 have a predetermined height so as to rest on a joist in such a way as to establish biscuit top element 3 at a predetermined height from the joist for attachment of two adjacent boards thereto which have pre-cut biscuit slots. The device such as device 1 are not set for full nesting (i.e., do not have total footprint identity) with the biscuit cut, and need only have sufficient overhang on each side of the centerline 20 to catch and anchor a board by at least partially fitting into a cut out of a deck or other board. The compressive elements 6, 8, 16 and 18 act as initial spacers for the two adjacent boards.

FIG. 4A shows present invention device 1 from the prior Figures, with identical parts identically numbered. Top element rear biscuit wall 35 is partially inserted into pre-cut biscuit slot 27 of horizontal beam 21, as shown. Compressive elements 16 (and 18, not shown) place beam 21. Screw 31 is inserted into screw hole 13 and into joist beam 25. This anchors device 1 to joist beam 25 and establishes the elevation of top element 3 so as to match with biscuit slot 27. Beam 23 will be placed atop joist beam 25 and adjacent to beam 21 by being slid into position with wall segments 5, 7, 9 and 10 at least partially fitting into slot 29, and the bottom of beam 23 resting on joist 25. By this method, device 1 attaches all three boards to one another as the side wall aspects are sufficiently tight-fitting to anchor the boards. Thus, for example, decking boards may be attached without the need for nails or screws entering the beams from the top, creating a hidden fastening system.

Compressive elements 8 (and 6, not shown in FIG. 4) place beam 23. In other words, the compressive elements 6, 8, 16, 18 space the beams 21 and 23 further apart than the vertical support members 15 and 17 would in their absence. These beams 21 and 23 might expand due to damp weather, rain, capture of moisture, high humidity, seasonal changes, shifts, etc. When this occurs, compressive elements will be pushed toward one another and collapse, e.g. in excess of 10 foot pounds psi, or some other preset parameter. The collapse of compressive elements permits the beams to close in on one another to the sides of the vertical support members. This is clearly illustrated for the FIG. 4A embodiment, in FIG. 4B. Here, compressive elements have been forced to collapse inwardly by expanding beams 21 and 23, as exemplified by collapsed compressive elements 8 and 16. All parts are identically numbered as shown in the foregoing Figures.

US 8,161,702 B2

7

8

FIG. 5 shows an alternative embodiment present invention device 51 which has multiple screw holes 43, 53 and 55 located in a straight line on center of top element 47. It includes front and back ends 41 and 49, and it has a plurality of vertical support members 45, 47, 57 and 59, on top underside 36 with spaces therebetween for screw or nail insertions. Vertical support members 45 and 57 include compressive elements 34 and 32, as shown. FIG. 6 shows a bottom view with identical numbering. Note that compressive elements 32 and 34 are essentially hollow cylinders in this embodiment. The side walls have a footprint of sawteeth on both sides. On the side out of the drawing, segments 52, 53, 54, 43, 46, 47, 55, 56 and 44 form the sawteeth. Segments directly opposite one another are mostly non-parallel. Device 51 is used in the same manner as described above with respect to FIGS. 4A and B, except that the compressive elements 32 and 34 collapse on the underside of the device, inwardly between portions of a single vertical support member.

FIGS. 7 and 8 show top and side views of an alternative embodiment present invention anchoring device 71. In FIG. 7, there is shown a top view of present invention anchor biscuit device 71. Device 71 includes a top element 73 having a substantially flat top surface as shown, and a top view shape of a biscuit. Thus, it includes wall segment (an arc), on one side and wall segments 77 (an opposing arc), and on the opposite side. Segment 62, for example, is non-parallel to segment 66. There are flat ends 79 and 81, as shown.

Top element 71 of device 71 in FIG. 7 also includes an attachment means, in this case, screw hole 83 located on center. It also includes fount chevron-shaped compressive elements 91, 93, 95, and 97. These compress if adjacent boards expand and enable extra spacing to be achieved during installation to accommodate any future wood expansion that may occur.

In FIG. 8, there is shown a side view of the present invention anchor biscuit device 71. Device 71 includes a top element 73, showing the height and depth of compressive elements 91, 93, 95, and 97.

FIG. 9A shows a top view of device 71 with installed beams 101 and 103, and these are not swollen. In FIG. 9B, the same beam 101 and 103 have swollen, and the compressive elements 91, 93, 95, and 97 have collapsed, as shown.

FIG. 10 shows a top view and FIG. 11 shows a side view of present invention device 120. It includes a substantially flat top element 121, that has a top view footprint of a circle, and two vertical support members 125 and 127, that project downwardly on each side of beveled attachment orifice 129. The sides of device 20's top 121 are vertical and basically are made up of a plurality of connected (continuous) arcs to form a circle. On the top side of device 120 are eight compressive elements 131, 133, 135, 137, 139, 141, 143, 145, and 147. These are thin cylindrical protrusions that will collapse under compression, e.g. from expanding boards. As shown in FIG. 10, they are further apart than the thickness of the vertical support members to create space between beams for expansion.

FIGS. 12 and 13 show top views of alternative embodiment present invention anchoring devices 161 and 190 respectively. In FIG. 12, there is shown a top view of present invention anchor biscuit device 163 having a flat top surface as shown, and a top view shape of an elongated octagon biscuit. Thus, it includes wall segments 164, 165, and 166 on one side wall and wall segments 162, 167, and 163 on the opposite side. Segments 162, for example, is non-parallel to segment 166. There are flat ends 169 and 177, as shown.

Top element 163 of device 161 in FIG. 12 also includes an attachment means, in this case, screw hole 173 located on

center. Screw hole 173 has a bevel cut 175 at its top. This enables the user to nail or screw device 161 into a joist with the screw or nail being installed vertically, or, more preferably, at an angle.

Vertical support members 177 and 179 also include outwardly extending, angled tails 181, 183, 185, and 187 and these are the collapsible compressive elements.

In FIG. 13, there is shown a top view of present invention anchor biscuit device 190, in the shape of an octagon biscuit. Device 190 includes a top element 198 having a flat top surface as shown, and a top view shape with eight equal segments; a first side with wall segments 193, 197, and 195, and an opposite side with wall segments 207, 209, and 211. In this case, they are perfectly symmetrical and have flat endwalls 199 and 201. Top element 198 also includes an attachment means, screw hole 203 located on center. Note that screw hole 203 is elongated and has a beveled top 205. Underside of top element 198 are two curved collapsible compressive elements 221 and 223. These function similarly to those described above.

FIG. 14 shows a front view of present invention device 240. Thus, device 240 includes a single vertical support member 245 with a space cut out 243 to permit a screw or nail to pass through beveled screw hole 253 and through vertical support member 245 into a joist or support board. There are two collapsible fins on each side of the vertical support member 245, two shown as fins 249 and 251. These are about 3/64 inch away from member 245 and act as collapsible compressive elements in a manner similar to those shown above. Vertical support member 245 has a predetermined height so as to rest on the side of a beam into which device 240 may be inserted and, optionally, so as to rest on a joist in such a way as to establish biscuit top element 247 at a predetermined height from the joist for attachment of two adjacent boards thereto which have pre-cut biscuit slots corresponding thereto. Side walls may be irregular or regular, and may have any top view, workable footprint similar to that shown in the segments that will fit into beam grooves or continuous straight grooves, e.g. biscuit cuts, half circle or arc cuts, square or rectangular cuts.

FIG. 15 shows a front view present invention of device 261, which includes a single off-center vertical support member 265 with a space underneath beveled screw hole 263 to permit a screw or nail to pass through screw hole 263 into a beam and/or joist or support board. Top 267 has opposite ends 269 and 271 as shown, with support member 265 biased to the left toward end 269, as shown. On the right underside of top 267 are two fins 281 and 283, that have lengths (into the page, at right angle to vertical support member 265), that is greater than the thickness of member 265. They are collapsible and act as compressive elements with respect to adjourning boards. Top 263 has a topography with flat sides, such as side 273, and is in the shape of a rectangle, e.g. a square.

FIG. 16 shows device 300 with top 301 having a generally barbell-shaped footprint. There is a first side with wall segments 303 and 305 that are arcs and are connected by flat segment 307. The opposite wall includes arcs 309 and 311 and are separated by flat segment 313. Wall segments 303 and 309 are opposite one another and are non-parallel. There is a beveled orifice 315 which is attaching device 300 in a manner described above as well as vertical segments 317 and 319 extending downwardly from top 301 on opposite sides of orifice 315. There are two collapsible compressive element ovals 321 and 322 extending upwardly. These space beams further apart than would members 317 and 319, in their absence, and thus accommodate wood expansion.

FIG. 17 shows a triangular shaped present invention anchoring device 400. It has a top 401, an orifice 409 for

US 8,161,702 B2

9

attachment and a vertical support **411**. One wall has flat segments **403** and **405** and the opposite wall has a single flat segment **407**. There is a collapsible compressive element **415** on top to function in a manner similar to those previously described.

FIGS. **18**, **19** and **20** illustrate preferred embodiment present invention anchoring device **500**, in its top, side and end views respectively. Device **500** includes top **501** with beveled screw orifice **503** on center. Opposing sides **505** and **507** are arcuate and ends **509** and **511** are flat. Extending downwardly are vertical support members **513** and **515**, located on-center and on opposite sides of orifice **503**. The vertical support member **513** and **515** each have one thin walled tubular compressive element, shown as compressive elements **517** and **519**, respectively. Further, FIG. **21** shows top view of the same device as in FIGS. **18**, **19**, and **20**, except that the top is embossed or stamped. Here, device **500***a* includes top **501***a* with embossments such as word **531**, that can be production information, size, model number, installation instructions or other useful information. These are preferably indented and may be established in a forming mold for the device.

All of these devices may be installed in accordance with the descriptions for previous present invention devices described above. However, device **260** shown in FIG. **14** should have the arrowed wall inserted first so that the biased downward orifice **296** is utilized maximally and receiving an attachment screw.

Obviously, numerous modifications and variations of the present invention are possible in light of the above teachings. It is therefore understood that within the scope of the appended claims, the invention may be practiced otherwise than as specifically described herein.

The invention claimed is:

1. An anchoring device comprising:
a horizontally-extending top element having a center line and side portions extending from the center line in opposite lateral directions transverse to the center line;
a support member extending downwardly from the top element adjacent the center line, the side portions of the top element projecting in the lateral directions beyond the support member; and
one or more at least partially collapsible compression members projecting from the top element, the compression members defining engagement surfaces remote from the center line, the engagement surfaces being constructed and arranged to confront vertically-extensive surfaces of slotted boards engaged with the top element so that the top element extends into slots in the boards;
the anchoring device having an opening adapted to receive a fastener so that the fastener extends downwardly toward a joist.

2. The anchoring device according to claim **1**, wherein the horizontally-extending top element has a shape selected from the group consisting of square, rectangular, circular, and oval.

3. The anchoring device according to claim **1**, wherein the opening extends through the horizontally top element.

4. The anchoring device according to claim **1**, wherein the opening is located adjacent the center line of the horizontally-extending top element.

5. The anchoring device according to claim **1**, wherein the one or more compression members are attached to the support members.

6. The anchoring device according to claim **1**, wherein the one or more compression members includes one or more hollow cylinders.

10

7. The anchoring device according to claim **1**, wherein the one or more compression members include one or more fins projecting from the top element.

8. The anchoring device according to claim **1**, wherein the support member includes at least two planar structures spaced from each other, the at least two planar structures being positioned substantially along a single plane.

9. The anchoring device according to claim **1**, wherein the support member is a monolithic structure.

10. The anchoring device according to claim **1**, wherein the opening has an elongated shape.

11. An decking system comprising:
at least two slotted boards adjacent to each other, each slotted board including a slot and at least one vertically-extensive surface and at least one horizontally-extensive surface; and
an anchoring device having an opening adapted to receive a fastener so that the fastener extends downwardly toward a joist, the anchoring device comprising:
a horizontally-extending top element having a center line and side portions extending from the center line in opposite lateral directions transverse to the center line;
a support member extending downwardly from the top element adjacent the center line, the side portions of the top element projecting in the lateral directions beyond the support member; and
one or more at least partially collapsible compression members projecting from the top element, the compression members defining engagement surfaces remote from the center line, the engagement surfaces being constructed and arranged to confront the at least one vertically extensive surface of each slotted board engaged with the top element so that the top element extends into the slots in the boards.

12. The decking system according to claim **11**, wherein the horizontally-extending top element has a shape selected from the group consisting of square, rectangular, circular, and oval.

13. The decking system according to claim **11**, wherein the opening extends through the horizontally top element.

14. The decking system according to claim **11**, wherein the opening is located adjacent the center line of the horizontally-extending top element.

15. The decking system according to claim **11**, wherein the one or more compression members are attached to the support members.

16. The decking system according to claim **11**, wherein the one or more compression members includes one or more hollow cylinders.

17. The decking system according to claim **11**, wherein the one or more compression members include one or more fins projecting from the top element.

18. The decking system according to claim **11**, wherein the support member includes at least two planar structures spaced from each other, the at least two planar structures being positioned substantially along a single plane.

19. The decking system according to claim **11**, wherein the support member is a monolithic structure.

20. The decking system according to claim **11**, wherein the opening has an elongated shape.

21. An anchoring device comprising:
a horizontally-extending top element having a center line, side portions extending from the center line in opposite lateral directions transverse to the center line, opposite sidewalls and opposite end walls, the center line extending between the opposite end walls, at least a portion of

US 8,161,702 B2

11

one of the end walls being non-parallel relative to a corresponding portion of the other end wall directly opposite thereto;

a support member extending downwardly from the top element adjacent the center line, the side portions of the top element projecting in the lateral directions beyond the support member, the support member being constructed and arranged to be positioned between vertically-extensive surfaces of slotted boards engaged with the top element so that the top element extends into slots in the boards; and

the anchoring device having an opening adapted to receive a fastener so that the fastener extends downwardly toward a joist.

12

22. The anchoring device according to claim **21**, wherein at least one of the opposite end walls has an arc-shape.

23. The anchoring device according to claim **21**, further comprising one or more compression members projecting from the horizontally-extending top element.

24. The anchoring device according to claim **23**, wherein the one or more compression members have an oval cross-section.

25. The anchoring device according to claim **21**, wherein the opening has a beveled top.

*   *   *   *   *