UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIMPSON STRONG-TIE COMPANY,
INC.,

    Plaintiff,

v.                                      CASE NO. 8:16-cv-3295-T-23TBM

THE IPE CLIP FASTENER
COMPANY, LLC,

    Defendant.
_____/

**ORDER**

Simpson Strong-Tie Company, Inc., sues (Doc. 1) The IPE Clip Fastener Company, LLC, for breach of contract and for patent infringement. In another and earlier-filed action, *Ipe Clip Fastener Company, LLC, v. Simpson Strong-Tie Company, Inc.*, No. 8:16-cv-2862-T-23TGW, Ipe seeks a declaratory judgment that Ipe is not in breach of contract. Ipe moves (Doc. 23) to dismiss or to consolidate.[*]

---

[*] The motion's request to transfer was granted by Judge Moody, (Doc. 28) who explicitly ordered that the balance of the motion remain pending until determined by the transferee judge.

Ipe's motion (Doc. 23) to dismiss is **GRANTED**.  This action is **DISMISSED**. The clerk is directed to close the case.  No later than **MAY 26, 2017**, Simpson must amend the answer in the earlier-filed action, No. 8:16-cv-2862-T-23TGW, and plead the claim for patent infringement and the claim for breach of contract as a compulsory counterclaim.

ORDERED in Tampa, Florida, on May 10, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE